Certificate Number: 00981-VAE-CC-006032627

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 3, 2009 , at 9:32 o'clock AM CST ,

Andrew Walker received from

Credit Advisors Foundation ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Eastern District of Virginia , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet

Date: February 3, 2009          By      /s/Sam Hohman

                                Name    Sam Hohman

                                Title   President, CEO

*FILED 2009 APR -6 P 1:30 CLERK US BANKRUPTCY COURT ALEXANDRIA DIVISION*

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).