Marvin and Alecia Farley
P.O. Box 26
Sandston, VA  23150

FILED

2009 APR 14  P 2: 23

US BANKRUPTCY COURT
ALEXANDRIA DIVISION

April 13, 2009

Clerk of Court
United States Bankruptcy Court
200 S. Washington Street
Alexandria, VA  22314

      RE:   Andrew J. Walker
            <u>Case No.: 09-12629</u>

Dear Sir:

We are writing in regards to the above mentioned case.  I am confident that my husband and I are listed as creditors in the above mentioned case.  We believe that Mr. Walker is going to give an incorrect address for us (as he did previously) so that we will be unaware of the Meeting of the Creditors.  Therefore, we would like to confirm our mailing address again.  It is as follows:

Marvin and Alecia Farley
P.O. Box 26
Sandston, VA  23150

Please notify us of the next Meeting of the Creditors.  We have also been advised by the Prince William Sheriff's Office that they have been in contact with your office and have informed you that Mr. Walker does have a pending lien against his vehicle.  This is the second time that Mr. Walker has filed bankruptcy the day before the auction of his vehicle.  Attached please find copies of **Notice of Sheriff's Sale**.  We believe that Mr. Walker will continue to file bankruptcy in order to avoid the auction of his vehicle.

Thank you.

Sincerely,

Marvin and Alecia Farley

Marvin and Alecia Farley

cc:    Prince William Sheriff's Office
       Henrico General District Court





# OFFICE OF THE SHERIFF

9311 LEE AVENUE, SUITE 100     MANASSAS, VIRGINIA 20110     (703) 792-6070

FAX (703) 792-7485

## NOTICE OF SHERIFF'S SALE

SHERIFF
GLENDELL HILL

TAKE NOTICE that I, Sheriff of Prince William County, VA., will sell at public auction, for cash, at

12:00 Noon _____ AM/PM,   on   14 Apr-09 _____ , at   12001 General Cooke Drive

Bristow, Virginia

Prince William County, Virginia, the following property, to-wit:

| | SOLD TO: | AMOUNT: |
|---|---|---|
| 2006 Toyota Sequoia Sport Utility SUV | | |
| VIN#5TDBT44A26S265602 | | |
| DARK GREEN IN COLOR | | |
| MILEAGE UNKNOWN | | |

to satisfy   judgment _____ issued by the   Henrico General District _____ Court, in the amount

of $ _____ 11,164.07 with interest, plus court costs, in the case of   Farley & Farley

VS   Andrew Walker _____ posted and dated   3/30/9 _____ all property sold by

the Sheriff will be sold subject to all prior unpaid liens.

SHERIFF GLENDELL HILL

By: _____ M.S. ? _____

Deputy Sheriff Hurd

S.O. # 6          A Virginia Accredited Law Enforcement Agency



**SHERIFF
GLENDELL HILL**

# OFFICE OF THE SHERIFF

9311 LEE AVENUE, SUITE 100      MANASSAS, VIRGINIA 20110      (703) 792 6070
FAX (703) 792-7485

*COPY*

## NOTICE OF SHERIFF'S SALE

TAKE NOTICE that I, Sheriff of Prince William County, VA., will sell at public auction, for cash, at

12:00 NOON _____ AM/PM, on __2/4/2009__ , at    12001 General Cooke Drive

Bristow, VA 20136

Prince William County, Virginia, the following property, to-wit:

|  | SOLD TO: | AMOUNT: |
|---|---|---|
| 2006 Toyota Sequoia Sport Utility SUV | | |
| VIN# 5TDBT44A26S265602 | | |
| DARK GREEN IN COLOR | | |
| MILEAGE UNKNOWN | | |

to satisfy __judgment__ issued by the   Henrico General District   Court, in the amount

of $ 11, 067.01 with interest, plus court costs, in the case of    Farley & Farley

VS   Andrew Walker   posted and dated    1/12/09   all property sold by

the Sheriff will be sold subject to all prior unpaid liens.

SHERIFF GLENDELL HILL

By:   M. H.

Deputy Sheriff Hurd

S.O. # 6            A Virginia Accredited Law Enforcement Agency


```
          TRANSCRIPT OF VEHICLE RECORD AS OF   10/09/2008
                                                         PAGE: 1

REQUESTED FOR:                     RSN FOR REQ: LEVY
WALKER,ANDREW JAMES
PO BOX 822                                     USER ID: 064211
BRISTOW VA 20136-0822                               LOC: 642


REQUESTED BY:
WALKER,ANDREW JAMES
PO BOX 822
BRISTOW VA 20136-0822




INFORMATION PROVIDED BY REQUESTOR: 90406536

VEHICLE OWNER(S) - NAME/ADDRESS:
 WALKER,ANDREW JAMES
 PO BOX 822
 BRISTOW VA 201360822

VEHICLE TITLE INFORMATION:
         TITLE NO: 90406536         VEHICLE MAKE: TOYOTA
      TITLE EST DT: 09/12/2006        BODY TYPE: SPORT UTILITY
      PURCHASE DT: 08/19/2006            MODEL: SEQUOIA
     VEHICLE YEAR: 2006                    VIN: 5TDBT44A26S265602
 EMPTY/GROSS WGT: 5,005             GVWR/GCWR:
         ODOMETER: 69              ODOMETER TYPE: ACTUAL MILEAGE
      DISPOSITION:                DISPOSITION DT:
    NCIC CHECKED: NO         REPLICA ASSEMBLY YEAR:
   OWNERSHIP DOC: CERTIF OF ORGIN
           DEALER: MILLER TOYOTA-SCION
     CURRENT VCO: GREEN/
    ORIGINAL VCO: GREEN/
PPTR VEHICLE USE:

VEHICLE REGISTRATION INFORMATION:
  CURRENT PLATE#: KCN8318           PLATE TYP: STANDARD ISSUE
    PLATE STATUS: RENEWAL        ISSUE REASON: 1ST ISSUE
     VEHICLE USE: PRIVATE       RENEWAL UPDATE: 09/08/2008
       INSURANCE: YES          PLATE EXPIRE DT: 09/30/2010
UNINSURED-FEE-PD: NO        METAL PLATE ISS DT: 09/05/2006
LOCAL VEH REGIST: NO

NO PRIOR REGISTRATION INFORMATION ON FILE

NO LIEN ON THIS TITLE
```