## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
#### Alexandria Division

|  |  |  |
|---|---|---|
| Marvin Farley | ) | |
|     Movant/Creditor | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Alecia Farley | ) | Case No.: 09-12629 |
|     Movant/Creditor | ) | Chapter 7 |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew J. Walker | ) | |
|     Respondent/Debtor | ) | |

**FILED**

2009 JUN 10 P 1:36

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

### MOTION FOR RELIEF FROM STAY

**COMES NOW**, Marvin and Alecia Farley, ("Movants"), respectfully represent as follows:

1.    Jurisdiction is based on 11 U.S.C. § 362(d)-(f) and § 1301.

2.    Movants are creditors.

3.    On or about April 3, 2009 Andrew J. Walker ("Debtor") filed a Voluntary Petition in this Court under Chapter 13 of the United States Bankruptcy Code.

4.    Richard Bartel, Esq. is the Trustee of the Debtor.

5.    At the time of the initiation of these proceedings, the Debtor owned a 2006 Toyota Sequoia, VIN #5TDBT44A26S265602 (the "Property") located at 12001 General Cooke Drive, Bristow, Virginia  20136 in the County of Prince William, Virginia.

6.    The Property is encumbered by a Writ of Fieri Facias issued on December 3, 2008 by the Prince William Sheriff's Office securing the Movants and recorded in the Henrico General District Court in Henrico County, Virginia.  A copy of said Writ of Fieri Facias is attached hereto.

Marvin and Alecia Farley
Post Office Box 26
Sandston, VA  23150
*Pro Se*
(804) 608-1378

7.  The Writ of Fieri Facias secures the levy placed on said vehicle which has been scheduled for auction twice.  A copy of Report of Levied and Seized Vehicle is attached.

8.  The amount owed under the Writ of Fieri Facias is approximately $10,689.03 plus interest and court costs related to the present Motion for Relief from Stay.

9.  The Movants lack adequate protection of its interest in the Debtor's property.

10. The Movants have been and continue to be irreparably injured by the state of Section 362 of the Bankruptcy Code which prevents Movants from enforcing its rights under its Writ of Fieri Facias.

11. Cause exists for lifting the automatic stay imposed by § 362 and § 1301 of the Bankruptcy Code which prevents Movants to enforce its rights under the Writ of Fieri Facias.

12. Movants will submit copies of Notices' of Sheriff's Sale dated February 4, and April 14, 2009.  The Debtor has filed bankruptcy two times, whereas each filing was a day prior to the said Property being auctioned.

**WHEREFORE**, the Movants pray that this Court:

1.  Enter an order lifting the automatic stay imposed by § 362 and § 1301 of the Bankruptcy Code to enable Movants to proceed with a levy action, as permitted by state law and pursuant to the Writ of Fieri Facias securing Movants against the Property located at 12001 General Cooke Drive, Bristow, VA  20136 and;

2.  Grant such other and further relief as necessary.

*Marvin and Alecia Farley*
*June 10, 2009*

Marvin and Alecia Farley
Post Office Box 26
Sandston, VA  23150
*Pro Se*

## NOTICE OF MOTION

Marvin and Alecia Farley have filed papers with the Court to request a **Motion for Relief from Stay.**

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion for Relief from Stay, or if you want the Court to consider your views on the motion, then on or before June 19, 2009, you or your attorney must:

X       File with the Court, at the address shown below, a written response
        Pursuant to Local Bankruptcy Rules 4001(a)-1(C) and 9013-1(H).
        If you mail your response to the Court for filing, you must mail it early
        Enough so the Court will *receive* it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
Eastern District of Virginia
Alexandria, Division
200 S. Washington Street
Alexandria, VA  22314

Copies mailed to:

Andrew J. Walker
12001 General Cooke Drive
Bristow, VA  20136

Richard Bartel, Esquire
700 S. Washington Street
Suite 216
Alexandria, VA  22314

James I. Frankel, Esq.
Office of the Trustee
115 S. Union Street
Alexandria, VA  22314

Prince William County Sheriff's Office
9311 Lee Avenue, Suite 100
Manassas, VA  20110

Marvin and Alecia Farley
Post Office Box 26
Sandston, VA  23150
*Pro Se*

___ Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

X Attend the hearing on the motion scheduled to be held on July 1, 2009 at 9:30 a.m. at United States Bankruptcy Court, Alexandria Division, 200 South Washington Street, 3rd Floor, Courtroom 3, Alexandria, VA 22314

___ Attend the preliminary hearing to be scheduled by the Clerk of Court, notice of which will be mailed at a later date. **If no timely response has been filed opposing the relief requested, the Court may grant the relief requested in the Motion for Relief from Stay.**

If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion of Relief from Stay.

Date: June 10, 2009                    Signature: *Marvin and Alecia Farley*
                                       Printed Name: Marvin and Alecia Farley_____
                                       Address:      P.O. Box 26_____
                                                     Sandston, VA 23150_____

Marvin and Alecia Farley
Post Office Box 26
Sandston, VA 23150
*Pro Se*

**NOTICE TO ALL PARTIES SERVED:**
YOU SHALL HAVE FIFTEEN (15) DAYS
FROM THE DATE OF SERVICE OF THIS
MOTION IN WHICH TO FILE WITH THE
COURT A WRITTEN RESPONSE, WITH
A COPY TO THE MOVANTS.

Respectfully submitted,
**Marvin and Alecia Farley**

Marvin and Alecia Farley
P.O. Box 26
Sandston, VA  23150
*Pro Se*

**CERTIFICATE OF SERVICE**

We certify that on this 10th day of June, 2009, to the extent that the following person(s) were not served electronically *via* the CM/ECF system, we mailed a true copy of the foregoing Motion for Relief from Stay, Motion of Notice and Proof of Claim to the debtor, the United States Trustee, and parties in interest in the above case as set forth below on the list of names and addresses by first class mail, postage prepaid to:

Andrew J. Walker
12001 General Cooke Drive
Bristow, VA  20136

Richard Bartel, Esquire
700 S. Washington Street
Suite 216
Alexandria, VA  22314

Jack I. Frankel, Esquire
Office of the Trustee
115 S. Union Street
Alexandria, VA  22314

Prince William County Sheriff's Office
9311 Lee Avenue, Suite 100
Manassas, VA  20110

Marvin and Alecia Farley

Marvin and Alecia Farley
Post Office Box 26
Sandston, VA  23150
*Pro Se*

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Alexandria Division | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Andrew J. Walker | Case Number:<br>09-12629 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Marvin and Alecia Farley**

Name and address where notices should be sent:

P.O. Box 26
Sandston, VA 23150

Telephone number:
(804) 608-1378

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ _____ 11,164.07

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Levy on Personal Vehicle
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☑ Motor Vehicle  ☐ Other
**Describe:** Writ of Fieri Facias dated 12/3/08-2006 Toyota Sequoia VIN#5TDBT44A26S265602

**Value of Property:** $_____ **Annual Interest Rate**___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____ **Basis for perfection:** _____

**Amount of Secured Claim:** $_____ 11,164.07 **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____ 11,164.07

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>6/10/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Marvia and Alecia Farley* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Case 09-12629-RGM   Doc 17   Filed 06/10/09   Entered 06/10/09 13:42:38   Desc Main Document   Page 7 of 12

( 2132

# WRIT OF FIERI FACIAS

Commonwealth of Virginia   Va. Code §§ 8 01-466, 474, 499, 500, 501; 16.1-98-99

Henrico ............................................................... General District Court

CITY OR COUNTY

TO ANY AUTHORIZED OFFICER:

Judgment Principal          $ 9,705.00

Credits                     $ .................... 145255

6 % interest from 9/14/07=$582.30

12/3/07

Costs                       $ 402.00

Attorney's Fees             $ ....................

[✓] You are hereby commanded to levy on the goods, chattels, money and bank notes of the Judgment Debtor(s) and to make from that tangible personal property the principal, interest, costs and attorney's fees, together with such other fees, commissions and other lawful charges incurred in executing this writ, less credits (itemized on the attached list), as shown above.

[ ] No levy requested.

You are further commanded to make your return hereupon to the Clerk's Office within 90 days of this date, and, if money is recovered under this execution, to notify the person entitled to receive such money if such person is known, as required by law.

Homestead Exemption waived? [ ] yes [ ] no [ ] cannot be demanded

10/14/08

DATE ISSUED                          [✓] CLERK [ ] JUDGE

RETURNS: Each Judgment Debtor was served according to law, as indicated below, unless not found, with a copy of both this writ and the § 8.01-546.1 form.

| NAME Andrew J. Walker | NAME |
| --- | --- |
| ADDRESS SOL | ADDRESS |
| [ ] PERSONAL SERVICE  Tel. No. | [ ] PERSONAL SERVICE  Tel. No. |
| [ ] Being unable to make personal service, a copy was delivered in the following manner: | [ ] Being unable to make personal service, a copy was delivered in the following manner: |
| [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. | [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. |
| [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) | [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) |
| [ ] Served on Secretary of the Commonwealth. | [ ] Served on Secretary of the Commonwealth. |
| [ ] Not found | [ ] Not found |
| SERVING OFFICER  for Glendon | SERVING OFFICER  for GLENDE SHERIFF |
| 12/3/07 DATE | DATE |

FORM DC-467 (MASTER, PAGE ONE OF TWO) 5/07

CASE NO.

RECEIVED

SHER GV07020618-

WRIT OF FIERI FACIAS

Morris & Alecia Farley
7300 Southwynd Dr.
Chesterfield, VA 23832
(202) 560-3635

PLAINTIFF(S)

v.

Andrew J. Walker

DEFENDANT(S)

12001 General Cooke Dr.
Bristow, VA 20136-1352
(703) 392-4614

Plaintiff(s) are Judgment [✓] Creditor(s) [ ] Debtor(s)
Defendant(s) are Judgment [ ] Creditor(s) [✓] Debtor(s)

CAME TO HAND:
10/17/08 @ 8:19

Money received by Sheriff

FEES RECEIVED          RECEIPT NUMBER

District Court Clerk's Authentication

I ... do ... clerk of the above ... court, authenticate pursuant to Va Code 3.01-9 ... late that the attached paper composed of 2 sheets are due copies of records of the above-styled case in this court made in the performance of my ...

3-16-09
DATE          [ ] CLERK [✓] DEPUTY CLERK

# SHERIFF'S RETURN

| PROPERTY LEVIED UPON | AMOUNT REALIZED |
|---|---|
| 1. | $ |
| 2. ~~See Attached~~ | $ |
| 3. | $ |
| 4. | $ |
| 5. | $ |
| 6. | $ |
| 7. | $ |
| 8. | $ |
| 9. | $ |
| 10. | $ |
| 11. | $ |
| 12. | $ |
| 13. | $ |
| 14. | $ |
| 15. | $ |
| 16. | $ |
| 17. | $ |
| 18. | $ |
| 19. | $ |
| 20. | $ |
| 21. | $ |
| 22. | $ |

DATE OF LEVY....12/3/08....

TOTAL AMOUNT REALIZED $....1200....

FEES, COMMISSIONS, OTHER LAWFUL CHARGES:

.................................$..................

.................................$..................

.................................$..................

.................................$..................

.................................$..................

.................................$..................

.................................$..................

[ ] NO EFFECTS FOUND

12/3/0√
DATE

Gloucester Hill
SHERIFF

By _____
DEPUTY SHERIFF

VSA 62 (12/15/06)

**DMV**
www.dmv*Now*.com
Virginia Department of Motor Vehicles
Post Office Box 27412
Richmond, Virginia 23269-0001

## REPORT OF
## LEVIED AND SEIZED VEHICLE
(Code of Virginia § 46.2-644)

**Purpose:** Use this form to report a levied and seized vehicle.

**Instructions:** The officer making the vehicle levy and seizure must complete all sections of this form, also indicating if sheriff's services are required. Return the form to the DMV Titles and Registration Work Center, Room 320 at the above address.

| VEHICLE INFORMATION |
| --- |

By virtue of an execution, fieri facias or other proper court order issuing out of the

_Henrico GDC_ (NAME OF COURT) in the matter of _Farley & Farley_ Plaintiff, vs.

_Walker_, Defendant, I have this _thied_ day of _Dec._ _2008_, (MONTH) (YEAR)

levied upon and seized, and now have in my custody that certain motor vehicle, the property of

the said _Andrew J. Walker_ defendant the same being _Toyota_ (MAKE OF VEHICLE)

_5TDBT44A26S265482_ type of vehicle _Sequoia_, and bearing
(VEHICLE IDENTIFICATION NUMBER)                        (MODEL)

Virginia plate number _KCN8318_
                                (PLATE)

Given under my hand this _thied_ day of _December_, _2008_
                                        (MONTH)           (YEAR)

| CERTIFICATION |
| --- |

OFFICER NAME (print)
_HURD, Mark_

OFFICER SIGNATURE
_Mark Hurd_

TITLE
_Deputy_

AGENCY
_PWCSO_

SHERIFF'S SERVICE REQUIRED
☑ YES ☐ NO

ADDRESS
_9311 Lee Avenue_

CITY
_Manassas_

STATE
_Va_

ZIPCODE
_20110_

# COUNTY OF PRINCE WILLIAM
## SHERIFF'S OFFICE

REF. # _GV07020618_

PLAINTIFF _Marvin / Alicia Fancy_

DEFENDANT _Andrew J. Waugor_

LOCATION OF PROPERTY _12001 General Cook Dr. Bristow Va_

Pursuant to Writ of _Fieri Facias_ issued by the _Gen. Dist   Henrico Co._
Court of Prince William, Virginia, I have on this _3 ro_ day of _Dec._   20_08_
at _1345_ _P_M. levied on the following property: said property not to be removed,
sold or disposed of in any manner until satisfactory settlement is made in the above case;
to do so is in violation of Section 18.2-101 of the Code of Virginia, which may make you
liable to a charge of larceny.

_Sheriff's Ofc. ID# 15281   2006 Toyota Sequia_
_Dark Grn ext. Grg int._
_Mileage Unknown   Owner unavailable_

BOND  $ _12000_                          Glendell Hill   SHERIFF

ATTORNEY FOR PLAINTIFF _Not Listed_      BY _M S._

S.O. #4 (3/07)



**SHERIFF
GLENDELL HILL**

# OFFICE OF THE SHERIFF

9311 LEE AVENUE, SUITE 100      MANASSAS, VIRGINIA 20110      (703) 792-6070

FAX (703) 792-7485

## NOTICE OF SHERIFF'S SALE

TAKE NOTICE that I, Sheriff of Prince William County, VA., will sell at public auction, for cash, at

12:00 Noon _____ AM/PM,   on   14-Apr-09 _____ , at   12001 General Cooke Drive _____

Bristow, Virginia _____

Prince William County, Virginia, the following property, to-wit:

|  | SOLD TO: | AMOUNT: |
|---|---|---|
| 2006 Toyota Sequoia Sport Utility SUV | | |
| VIN#5TDBT44A26S265602 | | |
| DARK GREEN IN COLOR | | |
| MILEAGE UNKNOWN | | |

to satisfy   judgment _____ issued by the   Henrico General District ____ Court, in the amount

of $   11,164.07 with interest, plus court costs, in the case of   Farley & Farley _____

VS   Andrew Walker   posted and dated   3/30/9   all property sold by

the Sheriff will be sold subject to all prior unpaid liens.

SHERIFF GLENDELL HILL

By: _____

Deputy Sheriff Hurd

S.O. # 6                A Virginia Accredited Law Enforcement Agency



SHERIFF
GLENDELL HILL

# OFFICE OF THE SHERIFF

9311 LEE AVENUE, SUITE 100      MANASSAS, VIRGINIA 20110        (703) 792-6070
FAX (703) 792-7485

## NOTICE OF SHERIFF'S SALE

TAKE NOTICE that I, Sheriff of Prince William County, VA., will sell at public auction, for cash, at

12:00 NOON _____ AM/PM,   on   __2/4/2009__   , at     12001 General Cooke Drive _____

Bristow, VA 20136 _____

Prince William County, Virginia, the following property, to-wit:

SOLD TO:          AMOUNT:

2006 Toyota Sequoia Sport Utility SUV _____

VIN# 5TDBT44A26S265602 _____

DARK GREEN IN COLOR _____

MILEAGE UNKNOWN _____

to satisfy  __judgment__ _____  issued by the   Henrico General District _____ Court, in the amount

of $ __11, 067.01__   with interest, plus court costs, in the case of \   Farley & Farley _____

VS    Andrew Walker _____ posted and dated    __1\12\09__ _____ all property sold by

the Sheriff will be sold subject to all prior unpaid liens.

SHERIFF GLENDELL HILL
By: _____

Deputy Sheriff Hurd _____

S.O. # 6              A Virginia Accredited Law Enforcement Agency