# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| In re:<br><br>ANDREW WALKER<br><br>      Debtor. | Case No. 09-12629-RGM<br>(Chapter 7) |
| MARVIN FARLEY<br>ALECIA FARLEY and<br>RICHARD A. BARTL, TRUSTEE,<br><br>      Movant,<br><br>vs.<br><br>ANDREW J. WALKER,<br><br>      Debtor. | |

## ORDER GRANTING RELIEF FROM STAY

THIS CASE came before the court on the motion for relief from stay of Marvin Farley and Alecia Farley as to a motor vehicle. (Docket Entry 17). No response was filed to the motion. It appearing proper to do so; it is

ORDERED that Marvin Farley and Alecia Farly are hereby granted relief from the automatic stay imposed by §362 of the United States Bankruptcy Code to proceed with a sheriff's sale of a certain motor vehicle, to-wit: 2006 Toyota Sequoia, VIN #5TDBT44A26S265602 pursuant to the levy made by the Prince William County Sheriff's Department on December 3, 2008.

DONE at Alexandria, Virginia, this 2nd day of July, 2009.

                                                  /s/ Robert G. Mayer
                                                Robert G. Mayer
                                                United States Bankruptcy Judge

Copy mailed to:

Andrew J. Walker
12001 General Cooke Drive
Bristow, VA 20136

Marvin and Alecia Farley
P.O. Box 26
Sandston, VA 23150

15292