**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

**In Re:**

    **Andrew Walker,**                              **Case No. 09-12629-RGM**

        Debtor.                                 Chapter 11

## NOTICE OF MOTION AND NOTICE OF HEARING

W. Clarkson McDow, Jr., United States Trustee, has filed papers with the court to enter an order for a rule to show cause against the debtor, Andrew Walker,  to show cause why he should not be held in **Civil Contempt** and sanctioned accordingly, including dismissal of case with prejudice or denial of discharge, for his failure to comply with the Order Granting Rule 2004 Examination  entered June 8, 2009 [Document 16] and subsequent Subpoenas.  A hearing on the motion will be held:

| PLACE OF HEARING | DATE AND TIME OF HEARING |
|---|---|
| United States Bankruptcy Court<br>Martin V.B. Bostetter, Jr. United States Courthouse<br>200 South Washington Street<br>Courtroom Number 3, Third Floor<br>Alexandria, Virginia 22314 | Tuesday, August 18, 2009 at 10:00 a.m. |

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before FIVE business days before the scheduled hearing, you or your attorney must:

- File with the court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).

  **Unless a written response and supporting memorandum are filed and served on or before FIVE business days before the scheduled hearing, the court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before **FIVE business days before the scheduled hearing.** You must **also** mail a copy to the persons listed below.

- A copy of any written response must be mailed to the following persons:

  - United States Trustee, Region IV
    115 South Union St, Suite 210
    Alexandria, Va 22314

  - Attend the hearing scheduled.

**If no timely response has been filed opposing the relief requested, dismissal of this case, the court may grant the relief without holding a hearing.**

July 10, 2009:                                    W. Clarkson McDow, Jr.
                                                 United States Trustee

                                                  /s/ Jack Frankel
                                                 Jack Frankel, Attorney
                                                 Office of United States Trustee
                                                 115 South Union Street
                                                 Alexandria, VA 22314

(703) 557-7229

Certificate of Service

I hereby certify that on the 10th day of July, 2009,  I mailed, first class, United States mail, postage fully prepaid, a copy of this motion with attached exhibits, and notice of motion and hearing to:

| | |
|---|---|
| Andrew Walker<br>PO Box 822<br>Bristow, VA 20136 | Richard A. Bartl, Esq.<br>Tyler, Bartl, Ramsdell & Counts, P.L.C.<br>700 South Washington Street, Suite 216<br>Alexandria, VA 22314 |

Jack Frankel
Jack Frankel