**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| Andrew Walker, ) | Case No. 09-12629-RGM |
| ) | Chapter 7 |
| ) | |
| Debtor, ) | |
| ) | |
| W. Clarkson McDow, Jr., ) | |
| United States Trustee, ) | |
| ) | |
| Plaintiff. ) | Adversary Proceeding No. 09-1385-RGM |
| ) | |
| ) | |
| vs ) | |
| ) | |
| Andrew Walker, ) | |
| ) | |
| ) | |
| Defendant. | |

**<u>Order Granting Default Judgment</u>**

This matter came before the court, for hearing, on February 23, 2010, on the motion of the United States Trustee for a default judgment on the complaint of the United States Trustee objecting to the discharge of the debtor/defendant Andrew Walker.

Now, it appearing to the court that the debtor/defendant, Andrew Walker, did not appear or respond or answer the complaint objecting to his discharge, it is hereby:

Ordered that the motion of the United States Trustee is granted and that a judgment by default is granted against the debtor/defendant, Andrew Walker.

Ordered that the discharge of the debtor/defendant, Andrew Walker, is denied

Office of United States Trustee
Jack Frankel, Attorney
115 South Union Street
Alexandria, VA 22314
(703) 557-7229

    Ordered that any debt that was or could have been listed or scheduled by the debtor in this case is not discharged and shall not be discharged in any future case of the debtor.

    Ordered that the clerk shall serve a copy of this order to the parties listed below.

Date_____

                                      Robert G. Mayer
                                      Bankruptcy Judge

                                      Entered on Docket_____

W. Clarkson McDow, Jr.
United States Trustee

/s/ Jack Frankel_____
Jack Frankel, Attorney
Office of United States Trustee
115 South Union Street
Alexandria, VA 22314
(703) 557-7229

                                     Certificate of Service

    I hereby certify that on the 24th day of February, 2010, I mailed, first class, United States mail, postage fully prepaid, a true copy of this proposed order to:

| Andrew Walker<br>PO Box 822<br>Bristow, VA 20136 | Richard A. Bartl, Esq.<br>Tyler, Bartl, Ramsdell and Counts<br>300 N Washington Street, 2nd Floor<br>Alexandria, VA 22314 |
|---|---|

                                      /s/ Jack Frankel_____
                                      Jack Frankel

Office of United States Trustee
Jack Frankel, Attorney
115 South Union Street
Alexandria, VA 22314
(703) 557-7229