IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | | | |
|---|---|---|---|---|
| IN RE: | Andrew Walker | § | Case Number: | 09-12629-RGM-7 |
| | | § | | |
| | Debtor(s) | § | Chapter: | 7 |

**REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002 AND 9010**

PLEASE TAKE NOTICE THAT JP Morgan Chase Bank, National Association hereby gives notice as follows: Pursuant to Bankruptcy Rule 2002 and 9010, Ascension Capital Group, Inc. hereby requests that:

(i) all notices given or required to be given in the case; and
(ii) all pleadings and correspondence served or required to be served in this case,

regarding JP Morgan Chase Bank, National Association should be directed to Ascension Capital Group, Inc. at the following mailing address effective immediately:

Ascension Capital Group, Inc.
Attn: JP Morgan Chase Bank, National Association Department
Account: XXXXXXXXXXXX0526
PO Box 201347
Arlington, TX 76006

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ S. Blair Korschun
S. Blair Korschun
Bankruptcy Servicer for JP Morgan Chase Bank, National Association
Ascension Capital Group, Inc.
PO Box 201347
Arlington, TX 76006
(817) 277-2011, Fax (817) 461-8070
ecfnotices@ascensioncapitalgroup.com
File # 605226

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Request for Notice was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 22nd day of December, 2010.

/s/ S. Blair Korschun
S. Blair Korschun

Trustee:
Richard A Bartl
Trustee of the U.S. Bankruptcy Court
300 North Washington Street, Suite 202
Alexandria, VA 22314

Company:
JP Morgan Chase Bank, National Association
1820 E Sky Harbor Circle S Floor 02
Phoenix, AZ 85034

Attorney for Debtor:
Andrew Walker
Po Box 822
Bristow, VA 20136

US Trustee:
Dennis J Early
Trustee of the U.S. Bankruptcy Court
115 S. Union St. Room 210
Alexandria, VA 22314