# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 09−12629−RGM
**Chapter** 7

**In re:**

Andrew Walker
PO Box 822
Bristow, VA 20136

**SSN:** xxx−xx−5522 **EIN:** NA

## NOTICE OF TRUSTEE'S REPORT OF NO DISTRIBUTION

Notice is hereby given that on 1/6/2011 , the trustee in the above−referenced case filed a report with this court stating there are no assets from which a dividend can be paid to creditors.

Do not file a proof of claim unless you receive further court notice.

Dated: January 6, 2011

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

(VAN−031)

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: chandlerk Page 1 of 2 Date Rcvd: Jan 06, 2011
Case: 09-12629 Form ID: VAN031 Total Noticed: 47

The following entities were noticed by first class mail on Jan 08, 2011.

| | |
|---|---|
| db | +Andrew Walker, PO Box 822, Bristow, VA 20136-0822 |
| aty | +Derek K Prosser, Tyler, Bartl, Ramsdell & Counts, PLC, 700 S. Washington St., Suite 216, Alexandria, VA 22314-4287 |
| cr | +JP Morgan Chase Bank Department, PO Box 201347, Arlington, TX 76006-1347 |
| op | +Prince William County Sheriff, 9311 Lee Ave, Ste 100, Manassas, VA 20110-5555 |
| 8840508 | +ACCTS RECOVERY BUREAU, 555 VAN REED RD, READING, PA 19610-1756 |
| 8840492 | +ALECIA AND MARVIN FARLEY, HENRICO GEN DISTR COURT, PO BOX 27032, RICHMOND, VA 23273-7032 |
| 8840507 | +AMERICAN HOME MORTG, PO BOX 631730, IRVING, TX 75063-0002 |
| 8840509 | +ASC, 8480 STAGECOACH CIR, FREDERICK, MD 21701-4747 |
| 8840476 | +AYERS AND STOLTE, 710 N HAMILTON, RICHMOND, VA 23221-2035 |
| 8840506 | BANK OF AMERICA, 4060 OGLETOWN/STAN, DE50190307, NEWARK, DE 19713 |
| 8840505 | BBFUNDING, IV EXECUTIVE CAMPUS, CHERRY HILL, NJ 08002 |
| 8840504 | +CAPITAL ONE BANK, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 8840503 | +CAVALRY INVESTMENTS, 4050 COTTON CEN 20, PHOENIX, AZ 85040-8862 |
| 8840502 | +CAVALRY PORTFOLIO, 7 SKYLINE DRIVE, HAWTHORNE, NY 10532-5101 |
| 8840501 | +CBE GROUP, 131 TOWER PARK DRIVE, WATERLOO, IA 50701-9588 |
| 8840499 | +CONTINENTAL FINANCE, 121 CONTINENTAL DR 108, NEWARK, DE 19713-4347 |
| 8840498 | +COUNTRYWIDE HOME LOANS, 450 AMERICAN ST CREDIT, SIMI VALLEY, CA 93065-6285 |
| 8840497 | +FAUQUIER DIST COURT, 6 COURT ST, WARRENTON, VA 20186-3203 |
| 8840496 | +GMAC MORTGAGE, 3451 HAMMOND AVE, PO BOX 4622, WATERLOO, IA 50704-4622 |
| 8840495 | +GREEN POINT MORTGAGE, 2300 BROOKSTONE CE, COLUMBUS, GA 31904-4500 |
| 8840493 | +HENRICO GEN DIST COURT, PO BOX 27032, RICHMOND, VA 23273-7032 |
| 8840471 | +HENRICO GENERAL DISTRICT COURT, PO BOX 27032, RE: FOUR MILE RUN SUBDIVISION, RICHMOND, VA 23273-7032 |
| 8840475 | +HOME DEPOT FINANCING C/O CITIBANK, PO BOX 981400, CITIBANK FINANCING, EL PASO, TX 79998-1400 |
| 8840491 | +HSBC MORTGAGE SERVICES, PO BOX 2393, BRANDON, FL 33509-2393 |
| 10151113 | +JP Morgan Chase Bank, National Association, PO Box 201347, Arlington, TX 76006-1347 |
| 8859619 | +Marvin & Alecia Farley, POB 26, Sandston, VA 23150-0026 |
| 8840490 | +NATIONAL CITY MORTGAGE, PO BOX 94982 LOC 7113, CLEVELAND, OH 44101-4982 |
| 8840488 | NCO FINANCIAL SERVICES, 205 PRUDENTIAL ROA, HORSHAM, PA 19044 |
| 8840487 | +PRINCE WILLIAM DISTRICT COURT, 9311 LEE AVENUE, MANASSAS, VA 20110-5598 |
| 8840472 | PRINCE WILLIAM MEDICAL FAMILY PRACT, 1000 SUDLEY MANOR DRIVE, MANASSAS, VA 20109 |
| 8840486 | +SA CAPITAL PARTNERS/TUMRTGDPRT, 6200 OAK TREE BLVD, INDEPENDENCE, OH 44131-6933 |
| 8840485 | +SPOTTSYLVANIA DIST CT, PO BOX 339, SPOTSYLVANIA, VA 22553-0339 |
| 8840484 | +STERLING AND KING, 500 SR 436 2074, CASSELBERRY, FL 32707-5343 |
| 8840474 | SUPERPAGES.COM/YELLOW BOOK, CHESTERFIELD GEN DIST COURT, CHESTERFIELD, VA 20823 |
| 9781434 | +Stewart Title Guaranty Co, J. Thurbee, 808 Eden Way N, Ste 100, Chesapeake, VA 23320-0745 |
| 8840483 | +TRISTARCONTACTORS/LANDAM, 2929 MOSSROCK, SAN ANTONIO, TX 78230-5110 |
| 8840482 | UCS/ADTFITECH/UCS, 201 MAPLE AVENUE, CLIFTON HEIGHTS, PA 19018 |
| 8840494 | UNIVERSAL ACCOUNTING SERVICES, PO BOX 97877, SALT LAKE CITY, UT 84130 |
| 8840480 | +WACHOVIA BANK, 794 DAVIS CT, SAN LEANDRO, CA 94577-6922 |
| 8840481 | ++WACHOVIA BANK NA, PO BOX 13765, ROANOKE VA 24037-3765 (address filed with court: WACHOVIA BANK, PO BOX 3117, WINSTON SALEM, NC 27102) |
| 8840479 | +WASHINGTON MUTUAL, 7757 BAYBERRY ROAD, JACKSONVILLE, FL 32256-6816 |
| 8840478 | +WELLS FARGO, 7255 BAYMEADOWS, JACKSONVILLE, FL 32256-6851 |
| 8840477 | +WELTMAN WEINBERG REIS, 965 KEYNOTE CIRCLE, INDEPENDENCE, OH 44131-1829 |
| 8840473 | +WRIGHT REALTY, 9009 SUDLEY ROAD, MANASSAS, VA 20110-5062 |

The following entities were noticed by electronic transmission on Jan 07, 2011.

| | |
|---|---|
| 8840500 | +Fax: 602-221-4614 Jan 07 2011 04:05:52 CHASE, CREDIT BUREAU DEP, PO BOX 901008, FORT WORTH, TX 76101-2008 |
| 8840489 | +E-mail/Text: ext_ebn_inbox@navyfederal.org NAVY FEDERAL CREDIT UNION, 820 FOLLIN LANE, VIENNA, VA 22180-4907 |
| 9761177 | +E-mail/Text: ext_ebn_inbox@navyfederal.org Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 3

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr* +Marvin & Alecia Farley, PO Box 26, Sandston, VA 23150-0026

TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2011** **Signature:** Joseph Speetjens