# United States Bankruptcy Court

**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 09−12629−RGM
**Chapter** 7

**In re:**

Andrew Walker
PO Box 822
Bristow, VA 20136

**SSN:** xxx−xx−5522 **EIN:** NA

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor´´s Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: January 26, 2011

William C. Redden
Clerk of Court

(7closend)

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: chandlerk Page 1 of 2 Date Rcvd: Jan 26, 2011
Case: 09-12629 Form ID: 7closend Total Noticed: 47

The following entities were noticed by first class mail on Jan 28, 2011.
db +Andrew Walker, PO Box 822, Bristow, VA 20136-0822
aty +Derek K Prosser, Tyler, Bartl, Ramsdell & Counts, PLC, 700 S. Washington St., Suite 216, Alexandria, VA 22314-4287
cr +JP Morgan Chase Bank Department, PO Box 201347, Arlington, TX 76006-1347
op +Prince William County Sheriff, 9311 Lee Ave, Ste 100, Manassas, VA 20110-5555
8840508 +ACCTS RECOVERY BUREAU, 555 VAN REED RD, READING, PA 19610-1756
8840492 +ALECIA AND MARVIN FARLEY, HENRICO GEN DISTR COURT, PO BOX 27032, RICHMOND, VA 23273-7032
8840507 +AMERICAN HOME MORTG, PO BOX 631730, IRVING, TX 75063-0002
8840509 +ASC, 8480 STAGECOACH CIR, FREDERICK, MD 21701-4747
8840476 +AYERS AND STOLTE, 710 N HAMILTON, RICHMOND, VA 23221-2035
8840506 BANK OF AMERICA, 4060 OGLETOWN/STAN, DE50190307, NEWARK, DE 19713
8840505 BBFUNDING, IV EXECUTIVE CAMPUS, CHERRY HILL, NJ 08002
8840504 +CAPITAL ONE BANK, PO BOX 30281, SALT LAKE CITY, UT 84130-0281
8840503 +CAVALRY INVESTMENTS, 4050 COTTON CEN 20, PHOENIX, AZ 85040-8862
8840502 +CAVALRY PORTFOLIO, 7 SKYLINE DRIVE, HAWTHORNE, NY 10532-5101
8840501 +CBE GROUP, 131 TOWER PARK DRIVE, WATERLOO, IA 50701-9588
8840499 +CONTINENTAL FINANCE, 121 CONTINENTAL DR 108, NEWARK, DE 19713-4347
8840498 +COUNTRYWIDE HOME LOANS, 450 AMERICAN ST CREDIT, SIMI VALLEY, CA 93065-6285
8840497 +FAUQUIER DIST COURT, 6 COURT ST, WARRENTON, VA 20186-3203
8840496 +GMAC MORTGAGE, 3451 HAMMOND AVE, PO BOX 4622, WATERLOO, IA 50704-4622
8840495 +GREEN POINT MORTGAGE, 2300 BROOKSTONE CE, COLUMBUS, GA 31904-4500
8840493 +HENRICO GEN DIST COURT, PO BOX 27032, RICHMOND, VA 23273-7032
8840471 +HENRICO GENERAL DISTRICT COURT, PO BOX 27032, RE: FOUR MILE RUN SUBDIVISION, RICHMOND, VA 23273-7032
8840475 +HOME DEPOT FINANCING C/O CITIBANK, PO BOX 981400, CITIBANK FINANCING, EL PASO, TX 79998-1400
8840491 +HSBC MORTGAGE SERVICES, PO BOX 2393, BRANDON, FL 33509-2393
10151113 +JP Morgan Chase Bank, National Association, PO Box 201347, Arlington, TX 76006-1347
8859619 +Marvin & Alecia Farley, POB 26, Sandston, VA 23150-0026
8840490 +NATIONAL CITY MORTGAGE, PO BOX 94982 LOC 7113, CLEVELAND, OH 44101-4982
8840488 NCO FINANCIAL SERVICES, 205 PRUDENTIAL ROA, HORSHAM, PA 19044
8840487 +PRINCE WILLIAM DISTRICT COURT, 9311 LEE AVENUE, MANASSAS, VA 20110-5598
8840472 PRINCE WILLIAM MEDICAL FAMILY PRACT, 1000 SUDLEY MANOR DRIVE, MANASSAS, VA 20109
8840486 +SA CAPITAL PARTNERS/TUMRTGDPRT, 6200 OAK TREE BLVD, INDEPENDENCE, OH 44131-6933
8840485 +SPOTTSYLVANIA DIST CT, PO BOX 339, SPOTSYLVANIA, VA 22553-0339
8840484 +STERLING AND KING, 500 SR 436 2074, CASSELBERRY, FL 32707-5343
8840474 SUPERPAGES.COM/YELLOW BOOK, CHESTERFIELD GEN DIST COURT, CHESTERFIELD, VA 20823
9781434 +Stewart Title Guaranty Co, J. Thurbee, 808 Eden Way N, Ste 100, Chesapeake, VA 23320-0745
8840483 +TRISTARCONTACTORS/LANDAM, 2929 MOSSROCK, SAN ANTONIO, TX 78230-5110
8840482 UCS/ADTFITECH/UCS, 201 MAPLE AVENUE, CLIFTON HEIGHTS, PA 19018
8840494 UNIVERSAL ACCOUNTING SERVICES, PO BOX 97877, SALT LAKE CITY, UT 84130
8840480 +WACHOVIA BANK, 794 DAVIS CT, SAN LEANDRO, CA 94577-6922
8840481 ++WACHOVIA BANK NA, PO BOX 13765, ROANOKE VA 24037-3765
(address filed with court: WACHOVIA BANK, PO BOX 3117, WINSTON SALEM, NC 27102)
8840479 +WASHINGTON MUTUAL, 7757 BAYBERRY ROAD, JACKSONVILLE, FL 32256-6816
8840478 +WELLS FARGO, 7255 BAYMEADOWS, JACKSONVILLE, FL 32256-6851
8840477 +WELTMAN WEINBERG REIS, 965 KEYNOTE CIRCLE, INDEPENDENCE, OH 44131-1829
8840473 +WRIGHT REALTY, 9009 SUDLEY ROAD, MANASSAS, VA 20110-5062

The following entities were noticed by electronic transmission on Jan 27, 2011.
8840500 +Fax: 602-221-4614 Jan 27 2011 10:59:35 CHASE, CREDIT BUREAU DEP, PO BOX 901008, FORT WORTH, TX 76101-2008
8840489 +E-mail/Text: ext_ebn_inbox@navyfederal.org NAVY FEDERAL CREDIT UNION, 820 FOLLIN LANE, VIENNA, VA 22180-4907
9761177 +E-mail/Text: ext_ebn_inbox@navyfederal.org Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000

TOTAL: 3

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr* +Marvin & Alecia Farley, PO Box 26, Sandston, VA 23150-0026

TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2011** **Signature:** Joseph Speetjens